**L. A. WELLS CONSTRUCTION COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9294.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1943.

Frank W. Koral and Meyer A. Cook, both of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Rollin H. Transue, A. F. Prescott, and S. Dee Hanson, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, on consideration whereof, it is here and now ordered and adjudged that the decision of the Board of Tax Appeals, 46 B.T.A. 302, be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the Board filed February 11, 1942.

**Thomas Merryl WOFFORD, Petitioner, v. Hon. E. Marvin UNDERWOOD, U. S. District Court Atlanta, Northern Georgia.**

No. 12529.

Circuit Court of Appeals, Eighth Circuit.

Feb. 15, 1943.

Thomas M. Wofford, pro se.

PER CURIAM.

Petition for writ of habeas corpus dismissed for want of jurisdiction in this Court to entertain or to grant the relief sought.